# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC JOSEPH HLADEK, SR.,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:18-cv-01349-JDP<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. No. 2.) |

Plaintiff Marc Joseph Hladek, Sr. proceeds in this social security appeal represented by counsel. He moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. No. 2.) Plaintiff has submitted a declaration stating her financial circumstances. (*Id.*) The court finds that plaintiff's declaration satisfies the requirements under § 1915. The court will therefore grant plaintiff's motion to proceed *in forma pauperis*. The court will also direct a United States Marshal to serve defendant Commissioner of Social Security. *See* Fed. R. Civ. P. 4(c)(3).

**Order**

a. Plaintiff's motion for leave to proceed *in forma pauperis* is granted.

b. The court orders service of process on defendant:

    i. The clerk must issue summons.

    ii. The United States Marshals Service must serve a copy of the complaint, summons, and this order on defendant.

1       iii. Plaintiff must assist the marshal upon request.

2       iv. The United States will advance all costs of service.

IT IS SO ORDERED.

Dated:   October 4, 2018               /s/ Jeremy Peterson
                                             UNITED STATES MAGISTRATE JUDGE