# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| MARC JOSEPH HLADEK, SR., | Case No.: 1:18-cv-01349-JDP |
| Plaintiff, | ORDER GRANTING MOTION TO REMAND |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | ECF No. 14 |
| Defendant. | |

On June 24, 2019, defendant moved for remand of plaintiff's social security appeal. ECF No. 14. Plaintiff has not responded, and this matter is now ripe for review.

It is hereby ordered that this matter be remanded to the agency for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g). The Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the evidence including, but not limited to, the medical-opinion evidence. The clerk is directed to enter judgment in favor of plaintiff and to close this case.

IT IS SO ORDERED.

Dated: August 21, 2019

_____
UNITED STATES MAGISTRATE JUDGE